AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

| | |
|---|---|
| United States of America<br>v.<br>JAMES DEAN HANAPEL<br><br>*Defendant(s)* | )<br>)<br>) Case No. 5:21-mj-146<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 12, 2021__ in the county of __Pennington__ in the _____ District of __South Dakota__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Enticement of a Minor Using the Internet |

The complaint is based on the facts set forth in the attached affidavit.  The offense is described as follows:

The defendant, James Dean Hanapel, did use a facility and means of interstate commerce, that is, a cellular phone and computer attached to the Internet, to attempt to knowingly persuade, induce, entice, and coerce an individual who had not yet attained 18 years of age, to engage in sexual activity with the minor female, for which the defendant could be charged with a criminal offense, namely, criminal sexual conduct in violation of SDCL § 22-22-1(5), Rape in the Fourth Degree, and SDCL §§ 22-22-7 and 22-22-7.1, Felony Sexual Contact with a Child Under 16, all in violation of 18 U.S.C. § 2422(b).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

HSI SPECIAL AGENT ROBERT ESPINOSA
*Printed name and title*

Sworn to before me and: ☑ signed in my presence.
[ ] Submitted, attested to and acknowledged by reliable electronic means.

Date: 8-13-21

_____
*Judge's signature*

City and state: Rapid City, SD

Daneta Wollmann
*Printed name and title*

cc: AUSA Collins